# PD-1417-14

## court paper

## NO. 11-12-00326-CR

## In The Court Of Criminals Appeals Of Texas

REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

December 31, 2014

ABEL ACOSTA, CLERK

**Ammie Lucille Smith
Petitioner**

**v.**

**The State Of Texas
Respondent**

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

Petitioner in the cause no.11-12-00326-CR from the County Court Of Midland County Texas And Court Of Appeals For The Eleventh Supreme Judicial District Of Texas

Petitioners Motion To Rehear
To The Honorable Judges Of The Court Of Criminal Appeals

Comes Ammie Lucille Smith, petitioner in the above- entitled and numbered cause, and submits this motion for rehearing pursuant the Rule 79 of the Texas Rules Of Appeallate Procedure and requests that The Court resubmits this cause for futher consideration of its opinion of false report on a police

affirmed,a misdemeanor in cause NO.CR-137834

**Page 1**

court paper
# Table of Contents

Table of contents.................................

Index of Authorities...............................

Statement Regarding Oral Argument................

Statement of the Case............................

Statement of The Procedural History
of the Case.......................................

Grounds for review................................

Reason for the review............................

Prayer for Relief.................................

Appendix.........................................

## Index of Authorities
Beck V. State, 651 S.W. 2d 827,Tex APP,
Houston (1st Dist) 1983 no pets
Nethery V. State 692 S.W.2d 686,712n 13
(Crim.App. 1985)
Woods V. State 569 S.W. 2d 901,905
(Crim. App.1978

## Statement Regarding Oral Argument

My lawyer was not prepared nor didd he prepare
me for the trail as well. We did not talk and go

court paper
over anything really.Trail was on Mon. and that Sunday he text me saying he was watching the Superbowl (football) and we would talk later.

## Statement of the case
About 2 months later i was arrested for filing a complaint on 2 officers and a Sgt. after I witnessed one of the officers drop 4 rolled (crisp) papers in the front seat on the drivers side of my sons car

## Statement of Procedural History
Sept. 2012 a guilty virdict was handled down

Aug.7th,2014, the opinion was affirmed by Court of Appeals

Aug.26th,2014, Motion for Rehear was filed

Sept.11,2014,Motion was denied

Oct. 2014 Petition to Review was filed

Dec. 10th discretionary to review was refused

## Grounds for Review

Mr. Martinez was not prepared for my trial and i was found guilty which i believed if he had prepared us I believe the virdict would of ben different.

I also did not do my brief to the fullest detail

court paper
which lead to it being affirmed

**Reason for the Review**
Mr. Martinez did not argue my case
Woods v. State  569 S.W.2d 686,712n 13
(Crim.App 1985)

Insufficient eviidence
Beck V. State, 651 S.W.2d 827,827 Tex App,
Houstn (1st DIST.) 1983 no pets

**Prayer for Relief**
I ask the Court after hearing the case that
you will reverse my conviction of 1 yr
probation and 1500.00 of a misdemeaner
offense of false report to a peace officer

**Appendix**

Judgement of Court of Midland COUNTY
Opinion of Court of Appeals
Denial of Motion to Rehear
Denial of discretionary to review

**Certificate of service**

I Ammie Smith do hear by certify that a true
copy and correct of the ongoing brief for
Appeallante was sent on Dec.25,2014 by
United States mail,deliverery to the following
party

Teresa J. Clingman, District attorney

court paper
Midland County Courthouse
500 N. Loraine St. Suite 200
Midland Texas 79701

Jane Belai, assistant
Midland County District Attoneys office
Midland County Courthouse
500 N. Loraine St.Suite 200
Midland tx 79701

Re: Appeallante case no. 11-12-00326-CR
Trial Court case no. CR-137834

style : Ammie Smith V. The State of Texas

Ammie SMITH
1113 Chestnut
Midland Tx 79701
(432)349-4544

Annie Smith
1113 Chestnut
Midland Tx 79701

Court of Criminal Appeals
PO Box 12308
Austin Texas 78711

MIDLAND TX 797
FRI 30 DEC 2014 PM